

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00035-CV

Robert **MEDINA** and Christina Medina,
Appellants

v.

Timothy K. **BOWERS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The appellants' motion for extension of time to file reply brief is hereby GRANTED. Time is extended to February 11, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court